88 A.3d 187

ALLSTATE NEW JERSEY INSURANCE COMPANY, ET AL., PLAINTIFFS–RESPONDENTS, v. SHAN S. NAGENDRA, M.D., MANOJ D. PATHARKAR, M.D., PLAINFIELD MEDICAL MANAGEMENT, INC., DEFENDANTS, AND GREGORIO LAJARA, PEDRO GONZALEZ, MILEYDIS T. DIAZ, A/K/A MILLY DIAZ, ET AL., DEFENDANTS, v. A.P. DIAGNOSTIC IMAGING, INC. AND DR. HARSHAD PATEL, DEFENDANTS–MOVANTS.

March 14, 2014.

It is ORDERED that the motion for leave to appeal is granted.

88 A.3d 187

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. DONTAE HATHAWAY, DEFENDANT–RESPONDENT.

March 14, 2014.

It is ORDERED that the motion for leave to appeal is granted.

88 A.2d 187

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. IVONNE SAAVEDRA, DEFENDANT–MOVANT.

March 14, 2014.

It is ORDERED that the motion for leave to appeal is granted.